IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative
of the Wrongful Death Estate of
Heath Dale Bennett, deceased,

      Plaintiff,

    vs.                                       No. CIV 19-701 KG/KK

JACK V. WATERS D.C, P.C, a New Mexico
For-Profit Professional Corporation, *et al.*,

      Defendants.

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction and for Fees Incurred as a Result of Improper Removal, (Doc. 5), by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the First Judicial District Court, Santa Fe County, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE