IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEE HUNT, as Personal Representative
of the Wrongful Death Estate of
Heath Dale Bennett, deceased,

    Plaintiff,

    vs.                                                             No. CIV 19-701 KG/KK

JACK V. WATERS, D.C, P.C, a New Mexico
For-Profit Professional Corporation, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Submission of Attorney Fees and Costs Request in Connection With Plaintiff's Motion to Remand, filed November 25, 2019. (Doc. 19). Defendants did not file a response and the time for doing so has passed. Pursuant to Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). Moreover, the Court reviewed Plaintiff's requested fees and finds them to be reasonable. Accordingly, the Court will award Plaintiff's counsel $5,620.00 in attorney's fees, $442.58 in gross receipts tax, and $105.93 in costs. These amounts shall be paid by Defendants Allied Professionals Insurance Company and the National Chiropractic Council within 30 days of the entry of this Order.

    IT IS SO ORDERED.

                                                                                         UNITED STATES DISTRICT JUDGE